UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANCISCO JAVIER MONTOYA ICAZA,

Plaintiff,

v. Case No.: 2:26-CV-02637-KCD-NPM

FIELD OFFICE DIR. FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, MIAMI FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S ATTORNEY GENERAL, WARDEN WARDEN GLADES COUNTY DETENTION CENTER,

Defendants,
___________________________________/

# ORDER

Petitioner seeks habeas relief under 28 U.S.C. § 2241. The Court finds that a response is appropriate. Accordingly, it is **ORDERED**:

1. The Clerk of Court is **DIRECTED** to send a copy of this Order, the Petition, with exhibits (Doc. 1) electronically to Respondents at USAFLM.Alcatraz@usdoj.gov and OPLAORLFEDLIT@ice.dhs.gov and by first-class mail to the Attorney General of the United States

in Washington, D.C (U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington DC 20530-0001).

2. Petitioner is also directed to serve this order on Respondents by 10/1/2026, and file proof of service. Petitioner does not need to obtain a summons to do so.

Under 28 U.S.C. § 2243, Respondents are **DIRECTED** to show cause why Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) should not be granted. After careful review of the petition and its attachments, the Court finds good cause to allow Respondents until 10/14/2026, to do so.

**ORDERED** in Fort Myers, Florida on September 24, 2026.

Kyle C. Dudek
United States District Judge